UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE Y DRAPER,<br><br>  Plaintiff,<br><br>  v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. CV15-07222 VEB<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEYS'<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorneys' Fees:

IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses in the amount of THREE THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($3,600.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: August 31, 2016.

/s/Victor E. Bianchini
Honorable Victor E. Bianchini
United States Magistrate Judge